**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMOND HAMMOND, | CASE NO. 1:13-CV-01209-AWI-JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE |
| v. | |
| MANAGEMENT & TRAINING CORPORATION, AND JOHN DOES 1 – 9, | (Doc. 23) |
| Defendants. | |

The Court, having considered Plaintiff's request, hereby GRANTS Plaintiff Demond Hammond's Request to Appear Telephonically at the May 14, 2014 Settlement Conference.  It SHALL be the responsibility of Plaintiff to arrange telephonic contact with his counsel and counsel are obligated to use their own telephones for this purpose.

IT IS SO ORDERED.

Dated:   **April 24, 2014**                       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER