UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND HAMMOND,<br><br>                  Plaintiff,<br><br>v.<br><br>MANAGEMENT& TRAINING COPORATION, AND JOHN DOES 1-9,<br><br>                  Defendants. | Case No.  1:13-cv-01209 AWI JLT<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**(Doc. 27)** |

Based upon the stipulation of the parties indicating the matter is not currently in a settlement posture, the settlement conference currently set on May 14, 2014 is **CONTINUED** to **August 26, 2014** at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **May 6, 2014**                                       **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE