1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA
10

11    DEMOND HAMMOND,                     Case No.  1:13-cv-01209 AWI JLT
12              Plaintiff,                **ORDER DENYING REQUEST FOR
                                          PLAINTIFF'S PERSONAL APPEARANCE
13         v.                             AT THE SETTLEMENT CONFERENCE**
14    MANAGEMENT & TRAINING               **(Doc. 31)**
      COPORATION, et al.,
15
16              Defendants.

17         Before the Court is Plaintiff's request for his personal appearance at the settlement

18    conference, currently set on August 26, 2014.  (Doc. 31)  Plaintiff is in the custody of the Bureau

19    of Prisons and is housed in Montgomery, Alabama.  Id. at 1-2.  In his request, Plaintiff fails to set

20    forth any explanation for his need to be present in person or any substantial belief that the

21    settlement conference will go forward.[1]  Thus, the Court cannot find that the extensive cost that

22    would be involved in moving Plaintiff from across the country and housing him here could be

23    justified.[2]  Therefore, the request is **DENIED**.

24         In the event Plaintiff wishes to appear via telephone at the settlement conference and his

25    attorney is unable to make this arrangement without a court order, Plaintiff may request the Court

26    _____

27    [1] The previous settlement conference was continued because the matter was not in a settlement posture.  (Doc. 29)
      [2] Moreover, given the nature of this litigation, in which Plaintiff claims that housing him in Kern County endangered
28    his health, the Court is at a loss to understand why Plaintiff now urges the Court to order the BOP to return him to
      this area.

issue of the writ for the telephonic appearance, **no later than** June 23, 2014.

IT IS SO ORDERED.

Dated:   **May 27, 2014**                         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4849-8186-5498 v1                          - 2 -                          1:13-CV-01345-AWI-BAM
[PROPOSED] ORDER