UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND HAMMOND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MANAGEMENT& TRAINING COPORATION, AND JOHN DOES 1-9,<br><br>　　　　Defendants. | Case No.  1:13-cv-01209-AWI-JLT<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>(Doc. 35) |

　　　GOOD CAUSE APPEARING, and based on stipulation of the parties;

　　　IT IS HEREBY ORDERED that the settlement conference set for August 26, 2014, shall be continued to November 20, 2014 at 8:30 a.m.

IT IS SO ORDERED.

　Dated:   **August 5, 2014**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE