**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMOND HAMMOND, | CASE NO. 1:13-CV-01209-AWI-JLT |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE |
| v. | |
| MANAGEMENT & TRAINING CORPORATION, AND JOHN DOES 1 – 9, | (Doc. 41) |
| Defendants. | |

The Court, having considered Plaintiff's request, hereby **GRANTS** Plaintiff Demond Hammond's Request to Appear Telephonically at the November 20, 2014 Settlement Conference. It SHALL be the responsibility of Plaintiff and his counsel to arrange the telephonic contact and counsel are obligated to use their own telephones for this purpose.

IT IS SO ORDERED.

Dated:   **November 17, 2014**            **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE