# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND HAMMOND,<br><br>    Plaintiff,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION, et al.,<br><br>    Defendants. | Case No.: 1:13-CV-01209-AWI - JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 152) |

On August 29, 2017, the parties notified the Court that they had come to terms of settlement. (Doc. 152) They request 60 days to finalize the settlement documents. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than October 30, 2017**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

  Dated:  **August 30, 2017**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE